IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION FILE NO. |
|---|---|
| v. | 1:16-CR-145-TWT-JKL-18 |
| QUIANA FRANKLIN (18) | |

### NON-FINAL REPORT AND RECOMMENDATION

Defendant Quiana Franklin has filed two identical motions to suppress evidence seized in the search of her residence in Alabama pursuant to a warrant issued by an Alabama state court. [Docs. 532, 653.] In her motions, Franklin states that she has been unable to locate the affidavit supporting the warrant and that she reserved the right to amend the motion should the government produce the affidavit. At the August 9, 2017 pretrial conference in this case, counsel for the government advised that the affidavit had been provided in discovery. The Court thus entered an order directing Franklin to file a perfected motion to suppress on or before August 23, 2017. [Doc. 1042 at 4.] Franklin has not filed a perfected motion. Accordingly it is **RECOMMENDED** that Franklin's Motions to Suppress Search and Seizure [Docs. 536, 653] be **DENIED**.

There are no matters pending for Defendant Franklin (18), and the Court has not been advised of any impediments to the scheduling of a trial as to this defendant. Accordingly, this matter as to this defendant is **CERTIFIED READY FOR TRIAL.**[1]

**IT IS SO RECOMMENDED AND CERTIFIED** this 4th day of October, 2017.

_____
JOHN K. LARKINS III
United States Magistrate Judge

---

[1] Since matters pertaining to Franklin's codefendants still are pending, the District Court is not required to place Franklin's case on the trial calendar at this time. 18 U.S.C. § 3161(h)(6).