IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>QUIANA FRANKLIN<br>also known as<br>KiKi,<br><br>  Defendant. | CRIMINAL FILE NO.<br>1:16-CR-145-18-TWT |

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1165] of the Magistrate Judge recommending that the Defendant's Motions to Suppress [Doc. 536 & 653] be denied. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Suppress [Doc. 536 & 653] are DENIED.

SO ORDERED, this 16 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge